| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| --- | --- | --- |
| COUNTY OF RICHLAND | ) | FIFTH JUDICIAL CIRCUIT |
| Junnie Mae Wider, | ) | |
| Plaintiff, | ) | DOCKET NO.: 05-CP-40-1019 |
| -vs- | ) | **MEDIATION RESULTS REPORT** |
| Isuzu, Inc. and Kathy Williams, | ) | |
| Defendants. | ) | |

1. A mediated settlement conference was held before me on December 6, 2005.

2. As a result of this conference, this case should be considered:

    Settled as to the Defendant, Kathy Williams, only.

3. Plaintiff **was** present.

    Defendant, Kathy Williams, **was** present.

4. Other participants were:

    Wm. Gary White, III, attorney for the Plaintiff.

    James B. Lybrand, Jr. and Timothy F. Rogers, attorneys for the Defendant, Kathy Williams.

5. This case was co-mediated with: N/A.

6. Choice of the mediator was by: Stipulation.

7. The total number of hours spent in mediation was: 5.00 hours.

8. The total mediator fees were: $750.00.

9. Further comments of the mediator: None.

_____
Walter B. Todd, Jr.
Mediator

December 7, 2005.



EXHIBIT C