| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| --- | --- | --- |
| | ) | 05-CP-40-1019 |
| COUNTY OF RICHLAND | ) | |
| | ) | |
| Junnie Mae Wider, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL AS TO |
| vs. | ) | DEFENDANT KATHY WILLIAMS |
| | ) | |
| Isuzu, Inc. And Kathy Williams, | ) | |
| | ) | |
| Defendants. | ) | |

It has been made to appear unto the court that the above entitled action has been settled between Plaintiff and Defendant Williams by way of compromise. Plaintiff's claims against Isuzu, Inc. remain viable and are unaffected by this Order.

Now therefore, on motion of the undersigned counsel for the Defendant Kathy Williams, by and with the consent of the undersigned counsel for the plaintiff

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Kathy Williams shall be dismissed, discontinued and forever ended with prejudice.

AND IT IS SO ORDERED.

_____
The Honorable ~~J. Ernest Kinard, Jr.~~
~~Chief~~ Administrative Judge
Fifth Judicial Circuit

Columbia, South Carolina
February _16_, 2006

I SO MOVE:
McDONALD, McKENZIE, RUBIN,
MILLER & LYBRAND, L.L.P.
1704 Main Street, 2nd Floor
Post Office Box 58
Columbia, South Carolina 29202
(803) 252-0500

_____
JAMES B. LYBRAND, JR.
Attorney for Defendant

I CONSENT:

LAW OFFICES OF WM. GARY WHITE
2009 Lincoln Street
Columbia, South Carolina 29201
(803) 256-2115

_____
WM. GARY WHITE, III
Attorney for Plaintiff



EXHIBIT D